**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7227**

DARRELL THOMPSON,

                Plaintiff - Appellant,

      v.

MR. LOCKLEAR, Superintendent; MR. HOLMES, Assistant
Superintendent; SGT. SIDBERRY; MS. KEEFER, Psychologist; MS.
WHITEHEAD, Psychologist; FRANK L. PERRY, Secretary, NCDPS,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Fox, Senior
District Judge. (5:15-ct-03018-F)

Submitted: December 15, 2015      Decided: December 18, 2015

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Darrell Thompson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Thompson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Thompson v. Lockler, No. 5:15-ct-03018-F (E.D.N.C. June 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED